# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **STEVE BAKER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:12-cv-02241** |
| | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **CRIMINAL JUSTICE,** *et al.,* | § | |
| **Defendants.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Steve Baker and Brad Livingston and the Texas Department of Criminal Justice

file this stipulation of dismissal pursuant to FED. R. CIV. P. 41(a).

1. Plaintiff is Steve Baker. Defendants are the Texas Department of Criminal Justice and Brad Livingston.

2. Plaintiff and Defendants reached a compromise of the dispute. Plaintiff moves to dismiss the suit.

3. Defendants agree to the dismissal.

4. This is not a class action.

5. No receiver has been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is WITH prejudice.

**ATTORNEY FOR PLAINTIFF**

**ATTORNEYS FOR DEFENDANTS**

**GREG ABBOTT**

Attorney General of Texas
**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

_____

**BURKE BUTLER**
Texas Bar No. 24071265
S. Dist. No. 2137578
Texas Civil Rights Project

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

2006 Wheeler Avenue
Austin, TX 78741
(512) 474-5073/Fax (512) 474-0726

_____

**CALYSTA L. LANTIEGNE**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24057611
Southern District No. 897519
calysta.lantiegne@texasattorneygeneral.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin TX 78711-2548
(512) 463-2080/Fax (512) 495-9139