IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Steve Baker,                  § <br>      Plaintiff,          § <br>                             § <br> v.                            § <br>                             § <br> Texas Department of Criminal Justice, et al, § <br>      Defendant.         § | CIVIL ACTION NO. H-12-2241 |

## ORDER

In accordance with the Stipulation of Dismissal with Prejudice filed on October 7, 2014 (docket entry no. 92), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 8th day of October, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE